Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Eric Yau, HI SBN 10087
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 541-3133
Facsimile: (808) 541-3390
E-mail: eric.yau@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>OCEANIC TIME WARNER CABLE LLC DBA SPECTRUM; CHARTER COMMUNICATIONS, INC., and Does 1-5 Inclusive,<br><br>　　　　Defendant(s). | Case No.: CV-18-00357-DKW-KJM<br><br>**ORDER GRANTING PLAINTIFF EEOC'S MOTION TO LIFT STAY**<br><br><br>Hon. Derrick K. Watson<br>United States District Judge |

# ORDER

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to the restoration of funding to the EEOC on January 25, 2019, the stay imposed in this litigation is **LIFTED**. The parties need to submit their request to reschedule the Rule 16 Scheduling Conference and other impacted court deadlines to the Magistrate Judge by February 15, 2019.

DATED: January 31, 2019 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*U.S. Equal Employment Opportunity Commission v. Oceanic Time Warner Cable, et al.;* Civil No. 18-00357 DKW KJM; **ORDER GRANTING PLAINTIFF EEOC'S MOTION TO LIFT STAY**